UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Maxcon Productions Inc | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13-cv-00037-WTM-GRS |
| | ) |
| DOES 1 — 31 | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SUBSTITUTE PLAINTIFF UNDER RULE 26(c)

IT IS ORDERED that the Plaintiff, Maxcon Productions Inc be substituted with:

Voltage Pictures, LLC

DATED: 3-27-13              By: _____
                            The Honorable G. R. Smith
                            United States Magistrate Judge