FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN 27 PM 2: 47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VOLTAGE PICTURES, LLC, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-037
)
DOES 1-31, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Voltage Pictures, LLC's Notice of Voluntary Dismissal. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed either an answer or a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2013.

                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA